IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00589-REB-MEH

ANNE LANG,

    Plaintiff,

v.

INTRADO, INC., a Delaware corporation;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2007.**

Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Entry of Protective Order [<u>Filed August 27, 2007; Docket #18</u>] is **granted**. The Court will sign the Protective Order and enter it on the record.