**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00589-REB-MEH

ANNE LANG,

    Plaintiff,

v.

INTRADO, INC., a Delaware corporation,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    The matter before me is **Defendant's Motion for Summary Judgment and Brief in Support Thereof** [#60], filed March 12, 2008. I have jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question). Having reviewed the arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

    **THEREFORE, IT IS ORDERED** that **Defendant's Motion for Summary Judgment and Brief in Support Thereof** [#60], filed March 12, 2008, is **DENIED**.

    Dated May 15, 2008, at Denver, Colorado.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **Robert E. Blackburn
United States District Judge**