**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00589-REB-MEH

ANNE LANG,

        Plaintiff,

  vs.

INTRADO INC., a Delaware Corporation,

        Defendant.
_____

**ORDER RE: UNOPPOSED MOTION OF DEFENDANT TO PRESENT TRIAL
TESTIMONY OF LAURA MARRIOTT VIA VIDEOCONFERENCE**
_____

**Blackburn, J.**

      THIS MATTER having come before the court on defendant's **Unopposed Motion of Defendant To Present Trial Testimony of Laura Marriott Via Videoconference** [#86] filed May 29, 2008, and the court being fully advised,

     **ORDERS** as follows:

      1. That defendant's **Unopposed Motion of Defendant To Present Trial Testimony of Laura Marriott Via Videoconference** [#86] filed May 29, 2008, is **GRANTED**; and

      2. That the defendant is **PERMITTED AND DIRECTED** to coordinate such videoconferencing arrangements with the appropriate court personnel, and others, as stated in the unopposed motion, so that Ms. Marriott's testimony and exhibits related

thereto can be received by the court live via videoconference at the trial of this matter on Wednesday, June 11, 2008, at 8:30 a.m., Mountain Daylight Time.

Dated May 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**