**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00589-REB-MEH

ANNE LANG,

    Plaintiff,

v.

INTRADO, INC.,

    Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated June 5, 2008 at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn
                                    United States District Judge**